# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00336-CV

**Kenneth Hartman, Appellant**

**v.**

**Oakwood Acceptance Corporation, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT
### NO. 11,565, HONORABLE H.R. TOWSLEE, JUDGE PRESIDING

Appellant Kenneth Hartman has notified this Court that he no longer wishes to pursue his appeal and has moved to dismiss the appeal. We grant his motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: August 30, 2002

Do Not Publish